# In The United States Court of Federal Claims

No. 10-630C

(Filed: November 30, 2010)

_____

MONTAGE INC.,

               Plaintiff,

               v.

THE ARCHITECT OF THE CAPITAL,

               Defendant.

_____

**ORDER**

_____

On November 12, 2010, plaintiff filed a joint motion to amend schedule. The motion is hereby **GRANTED**. Accordingly:

1. On or before January 7, 2011, the parties shall file jointly the administrative record of the proceedings that occurred before the House Office Building Commission Contract Appeals Board;

2. On or before February 22, 2011, plaintiff shall file a motion for judgment on the administrative record pursuant to RCFC 52.1;

3. On or before April 5, 2011, defendant shall file a cross-motion for judgment on the administrative record and a response to plaintiff's motion;

4. On or before April 26, 2011, plaintiff shall file a response to defendant's cross-motion and a reply in support of its motion;

5. On or before May 17, 2011, defendant shall file a reply in support of its motion; and

6. Chambers will contact the parties to determine a date for oral argument on the cross-motions.

**IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge