# In The United States Court of Federal Claims

No. 10-630C

(Filed: December 16, 2010)

_____

MONTAGE INC.,

                Plaintiff,

        v.

THE ARCHITECT OF THE CAPITAL,

                Defendant.

_____

**ORDER**

_____

On November 30, 2010, the court issued a scheduling order directing the parties to file jointly the administrative record.  On or before January 7, 2011, the parties are hereby directed to file the administrative record on a CD-ROM and to deliver a courtesy of the administrative record, in paper form, to chambers.

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge