# In The United States Court of Federal Claims

No. 10-630C

(Filed: January 7, 2011)

_____

MONTAGE INC.,

                Plaintiff,

v.

THE ARCHITECT OF THE CAPITAL,

                Defendant.

_____

**ORDER**

_____

On January 6, 2011, plaintiff filed a joint motion to amend schedule. The motion is hereby **GRANTED**. Accordingly:

1. On or before January 14, 2011, the parties shall file jointly the administrative record of the proceedings that occurred before the House Office Building Commission Contract Appeals Board. The parties shall file the record on a CD-ROM and delivery a courtesy of the administrative record, in paper form, to chambers;

2. On or before February 25, 2011, plaintiff shall file a motion for judgment on the administrative record pursuant to RCFC 52.1;

3. On or before April 5, 2011, defendant shall file a cross-motion for judgment on the administrative record and a response to plaintiff's motion;

4. On or before April 26, 2011, plaintiff shall file a response to defendant's cross-motion and a reply in support of its motion;

5. On or before May 17, 2011, defendant shall file a reply in support of its motion; and

6. Chambers will contact the parties to determine a date for oral argument on the cross-motions.

**IT IS SO ORDERED.**

                                                      s/ Francis M. Allegra
                                                      Francis M. Allegra
                                                      Judge