# In The United States Court of Federal Claims

No. 10-630C

(Filed: July 19, 2011)

MONTAGE INC.,

           Plaintiff,

v.

THE ARCHITECT OF THE CAPITAL,

           Defendant.

**ORDER**

Oral argument on the parties' cross-motions for judgment on administrative record will be held in this case on Tuesday, August 30, 2011, at 10:00 a.m. (EDT) in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the argument.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge