# In The United States Court of Federal Claims

No. 10-630C

(Filed: December 22, 2011)

_____

MONTAGE INC.,

                Plaintiff,

           v.

THE ARCHITECT OF THE CAPITAL,

                Defendant.

_____

**ORDER**

_____

      On December 19, 2011, the parties notified the court that they are attempting to negotiate a settlement of this dispute.  The court is prepared to assist the parties in reaching a settlement however it can.  On or before January 6, 2012, the parties shall file a joint status report indicating the status of their settlement discussions.

      **IT IS SO ORDERED.**


                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge