# In The United States Court of Federal Claims

No. 10-630C

(Filed: January 10, 2012)

_____

MONTAGE INC.,

              Plaintiff,

           v.

THE ARCHITECT OF THE CAPITAL,

              Defendant.

_____

**ORDER**

_____

     On January 6, 2012, the parties filed a joint status report requesting the court's assistance in negotiating a settlement of this dispute. The Clerk of Court is hereby directed to refer this case to a settlement judge for alternative dispute resolution (ADR).

     **IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra  
                                                  Francis M. Allegra  
                                                  Judge