# In The United States Court of Federal Claims

No. 10-630C

(Filed: January 12, 2012)

_____

MONTAGE INC.,

          Plaintiff,

v.

THE ARCHITECT OF THE CAPITAL,

          Defendant.

_____

**ORDER**

_____

On January 11, 2012, this case was referred to a settlement judge for alternative dispute resolution (ADR). Accordingly:

1. Proceedings in this case are **STAYED** until further notice.

2. The parties periodically shall file joint status reports regarding the progress of ADR. The first such report shall be filed on March 12, 2012, with subsequent reports filed every 56 days thereafter. The parties shall notify the court immediately if settlement discussions break down and there is a need to restore this case to the active docket.

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge